IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SOUTHERN FILM EXTRUDERS, ) | CASE NO. 13-10977 |
| INC., ) | |
| ) | |
| Debtor. ) | |

## RESPONSE TO INVOLUNTARY PETITION

**NOW COMES** the above captioned Debtor, responding to the involuntary petition, as follows:

1. The involuntary petition under Chapter 7, Title 11 of the United States Code was filed on July 25, 2013. The time allowed for the involuntary debtor to respond has not expired.

2. Simultaneously with the filing of this Response, the Debtor has filed a voluntary petition under Title 11, Chapter 11 of the United States Bankruptcy Code and, as a result, intends to move forward with a Chapter 11 proceeding as a debtor in possession.

3. As a result of the voluntary petition, no further Response to the involuntary petition is required.

This the 4th day of August, 2013.

/s/ Charles M. Ivey, III
Charles M. Ivey, III (NCSB #8333)
Attorney for the Debtor

/s/ James K. Talcott
James K. Talcott (NCSB #13132)
Attorney for the Debtor-in-Possession

1

**OF COUNSEL:**

**IVEY, McCLELLAN, GATTON & TALCOTT, L.L.P.**
Post Office Box 3324
Greensboro, North Carolina 27402
Phone: 336/274-4658; Facsimile 336/274-4540

NORTH CAROLINA

GUILFORD COUNTY

## VERIFICATION

JOHN L. BARNES, JR., being first duly sworn, certifies that he is the Vice President – Finance for Southern Film Extruders, Inc., and he has read the allegations contained herein and that the same are true, except as to those matters and things alleged upon information and belief, and as to those matters and things he believes them to be true, and executes this document in his capacity as Vice President of Southern Film Extruders, Inc.

This the 4th day of August, 2013.

SOUTHERN FILM EXTRUDERS, INC.

By: _____
JOHN L. BARNES, JR.

NORTH CAROLINA

GUILFORD COUNTY

I, Jane L. Harrison, a Notary Public in and for said County and State does hereby certify that JOHN L. BARNES, JR., personally appeared before me this day and acknowledged the due execution of the foregoing instrument by him in his capacity as Vice President – Finance for Southern Film Extruders, Inc.

WITNESS my hand and notarial seal, this the 4th day of August, 2013.

_____
Printed Name: Jane L. Harrison
Notary Public
My commission expires: 9/27/2015

*JANE L. HARRISON*
*NOTARY PUBLIC*
*GUILFORD COUNTY, NC*

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the date indicated below, the undersigned served a copy of the foregoing by electronic means and/or depositing the same in a post-paid wrapper, addressed to the following parties as shown below, in an official depository of the United States Postal Service, in the manner prescribed by law:

William P. Miller, Esq.   VIA ECF
U.S. Bankruptcy Administrator
101 S. Edgeworth Street
Greensboro, NC 27402

Jason L. Hendren, Esq.   VIA ECF
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

Rebecca F. Redwine, Esq.   VIA ECF
4600 Marriott Drive, Suite 150
Raleigh, NC 27612

Ashley S. Rusher, Esq.   VIA ECF
Blanco Tackabery & Matamoros, P.A.
P. O. Drawer 25008
Winston-Salem, NC 27114-4299

**THIS** the 4th day of August, 2013.

/s/ Charles M. Ivey, III
Charles M. Ivey, III
Attorney for the Debtor-in-Possession
NCSB # 8333

**OF COUNSEL:**

**IVEY, McCLELLAN, GATTON & TALCOTT, L.L.P.**
Post Office Box 3324
Greensboro, North Carolina 27402
(336) 274-4658

4

Case 13-10977   Doc 6   Filed 08/04/13   Page 4 of 4